228 FISH (Pros. Attorney) vs. STOCKDALE (Justice of the Peace), No. 15520; 3 D. L. N., 577; 69 N. W., 92. (Certiorari to Allegan.)

To compel a justice of the peace to issue a warrant upon a complaint made under Act No. 186, Laws of 1893, relative to taking and catching fish in inland waters, the circuit judge having determined that the Act was unconstitutional because of defective title.

Affirmed and writ denied December 4, 1896.

229 ROBISON (Pros Attorney) vs. RECORDERS' COURT JUDGE (Detroit), 69 M., 607.

To compel respondent to take jurisdiction of and try cases for the violation of Act No. 129, Laws of 1887, prohibiting the carrying of concealed weapons.

Denied April 25, 1888.

Held, that the police justices in the City of Detroit have full jurisdiction in cases arising under the Act and that the Recorder's Court has no jurisdiction.

230 CROSBY vs. POLICE JUSTICE (Detroit), 40 M., 631.

To compel respondent to entertain a complaint for embezzlement of county funds, made by relator as treasurer of Wayne County against a ward collector.

Granted April 23, 1879.